USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/4/2021__

IN THE UNITED STATES DISTRICT [COURT]
FOR THE SOUTHERN DISTRICT OF [NEW YORK]

RAMON JAQUEZ, on behalf of himself
and all others similarly situated,

                Plaintiff,

-v-

THREE LIMES, INC.,

                Defendant.

Civil Case Number: 1:21-cv-01604-AT

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:     August 2, 2021

_____
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff
Ramon Jaquez*

_____
Andrew Grosso, Esq.
ANDREW GROSSO & ASSOCIATES
1101 Thirtieth Street, NW, Suite 500
Washington, DC 20007
Tel: (202) 298-6500
Email: agrosso@acm.org

*Attorneys for Defendant
Three Limes, Inc.*

SO ORDERED.

Dated: August 4, 2021
       New York, New York

_____
**ANALISA TORRES**
United States District Judge